# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 25, 2009

138203

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

NICHOLAS TAGEN THOMPSON,
      Defendant-Appellant.

SC: 138203
COA: 278243
Bay CC: 06-011226-FH;
06-011227-FH

_____/

      On order of the Court, the application for leave to appeal the December 16, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, C.J. (*dissenting*).

      I would grant leave to appeal to consider the constitutionality of MCL 768.27b. The statute threatens to gut our Michigan Rules of Evidence. The case raises a serious separation of powers issue. I believe that the Court is remiss in not considering this jurisprudentially significant question.[1]

      CAVANAGH, J., would grant leave to appeal.

---

[1] For a thorough discussion of this issue, refer to Justice Cavanagh's dissenting statement in *People v Watkins,* 482 Mich 1114 (2008), which I joined.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 25, 2009

_____
Clerk

p0922